Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on June 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Lance I. Stopek
   Jennifer Stopek

Debtor(s)

Case No.:           15-11801 (ABA)

Hearing Date:    05/25/2016

Judge:              Andrew B. Altenburg, Jr.

# ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through four(4) is hereby

**ORDERED**.

**DATED: June 2, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Lance I. Stopek and Jennifer Stopek
Case No.: 15-11801 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 02/17/2015, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the case is to be set up as a Tier Plan and the debtor shall pay the Standing Trustee, Isabel C. Balboa, based upon the following schedule:

| Starting Month | No. of Months | Amount |
|---|---|---|
| 03/01/2015 | 14.00 | $0.00 |
| 05/01/2016 | Paid to Date | $5,000.00 |
| 06/01/2016 | 1.00 | $1,174.00 |
| 07/01/2016 | 2.00 | $0.00 |
| 09/01/2016 | 10.00 | $1,174.00 |
| 07/01/2017 | 2.00 | $0.00 |
| 09/01/2017 | 10.00 | $1,174.00 |
| 07/01/2018 | 2.00 | $0.00 |
| 09/01/2018 | 10.00 | $1,174.00 |
| 07/01/2019 | 2.00 | $0.00 |
| 09/01/2019 | 6.00 | $1,174.00 |
| 03/01/2020 | Projected end of plan | |

Debtor: Lance I. Stopek and Jennifer Stopek
Case No.: 15-11801 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,495.00.  The unpaid balance of the allowed fee in the amount of $2,805.00 plus costs of $43.16 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor's Motion to Avoid Liens under 11 U.S.C. § 522(f) be and is hereby granted.  The following liens that impair the debtor's exemptions shall be avoided upon completion of the debtor's plan:

   Deutsche Leasing, Protocall, Inc., Woodcrest Country Club, Joseph Mazzone & Andre Harrison liens to be avoided

Debtor: Lance I. Stopek and Jennifer Stopek
Case No.: 15-11801 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Green Tree Servicing will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Green Tree Servicing on account of pre-petition arrears set forth in the proof of claim dated April 1, 2015. total plan length of 60 months.