UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

767098
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for DITECH FINANCIAL LLC

In Re:

JENNIFER STOPEK
LANCE STOPEK

Case No: 15-11801 - ABA

Judge: Andrew B. Altenburg, Jr

**Order Filed on May 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 30, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | DITECH FINANCIAL LLC |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | LANCE STOPEK PRO SE |
| Property Involved ("Collateral"): | 408 TEAROSE LANE, CHERRY HILL, NJ 08003-3438 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 11 months, from 06/01/2016 to 04/01/2017.

    ☒ The Debtor is overdue for 7 payments at $2,183.50 per month and 4 payments at $2,178.52 per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☒ Applicant acknowledges suspense balance in the amount of $310.50.

    Total Arrearages Due $23,688.08.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $2,178.52, representing the payment that came due on 4/1/2017, which Debtor represents was already paid prior to 05/01/2017, thereby reducing the total arears to $21,509.56.

    ☒ Beginning on 05/01/2017, regular monthly mortgage payments shall continue to be made.

    ☒ Beginning on 05/01/2017, additional monthly cure payments shall be made in the amount of $3,584.92 for 5 months and $3,584.96 for 1 month.

    ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3.  Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

Ditech Financial LLC f/k/a Green
Tree Servicing LLC
P.O. Box 0049
Palatine, Illinois 60055-0049

☒ Regular Monthly payment:

Ditech Financial LLC f/k/a Green
Tree Servicing LLC
P.O. Box 0049
Palatine, Illinois 60055-0049

☒ Monthly cure payment:

Ditech Financial LLC f/k/a Green
Tree Servicing LLC
P.O. Box 0049
Palatine, Illinois 60055-0049

4.  In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5.       Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

      The fees and costs are payable:

☐ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6.       This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.